UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. MJ 19-503
    Plaintiff, )
)
v. )
) DETENTION ORDER
LUIS GUTIERREZ-ROSALES, )
)
    Defendant. )
_____ )

<u>Offense charged</u>:    Possession With Intent to Distribute Heroin

<u>Date of Detention Hearing</u>:    October 23, 2019.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant, a native of Mexico, is believed to lack legal status in the United States. He has previous immigration-related convictions. He was not interviewed by Pretrial Services, so his background information is unknown or unverified. Defendant does not contest

DETENTION ORDER
PAGE -1

detention.

2. Defendant poses a risk of nonappearance based on status as a Mexican national and lack of legal status, and unknown or unverified background information. Defendant poses a risk of danger based on the nature and circumstances of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 23rd day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge